

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00736-CV

Terry T. **GARCIA**, Deceased and/or All Other Occupants,
Appellants

v.

## **REVERSE MORTGAGE SOLUTIONS, INC.,**
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2018CV02856
Honorable Jason Wolff, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant, Cindy Garcia, in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED July 10, 2019.

_____
Rebeca C. Martinez, Justice